UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL W. RICKARD, II,

                Plaintiff,

    v.                                          ORDER
                                                    08-CV-674

WESTERN NEW YORK INDEPENDENT
LIVING PROJECT, INC.,

                Defendant.

---

       This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A). On June 25, 2010, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that the case be dismissed for failure to prosecute.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, the case is dismissed for failure to prosecute. The Clerk of Court shall take all steps necessary to close the case.

       SO ORDERED.

                                                      *s/ Richard J. Arcara*
                                                      HONORABLE RICHARD J. ARCARA
                                                      UNITED STATES DISTRICT JUDGE

DATED: July 9, 2010